# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| In Re: Instrument Panel Clusters | : | 2:12-cv-00200 |
| In Re: Fuel Senders | : | 2:12-cv-00300 |
| In Re: Heater Control Panels | : | 2:12-cv-00400 |
| In Re: Alternators | : | 2:13-cv-00700 |
| In Re: Windshield Wipers | : | 2:13-cv-00900 |
| In Re: Radiators | : | 2:13-cv-01000 |
| In Re: Starters | : | 2:13-cv-01100 |
| In Re: Ignition Coils | : | 2:13-cv-01400 |
| In Re: Motor Generators | : | 2:13-cv-01500 |
| In Re: HID Ballasts | : | 2:13-cv-01700 |
| In Re: Inverters | : | 2:13-cv-01800 |
| In Re: Fuel Injection Systems | : | 2:13-cv-02200 |
| In Re: Power Window Motors | : | 2:13-cv-02300 |
| In Re: Automatic Fluid Transmission Warmers | : | 2:13-cv-02400 |
| In Re: Valve Timing Control Devices | : | 2:13-cv-02500 |
| In Re: Air Conditioning Systems | : | 2:13-cv-02700 |
| In Re: Windshield Washer Systems | : | 2:13-cv-02800 |
| In Re: Spark Plugs | : | 2:15-cv-03000 |
| | : : | |
| THIS DOCUMENT RELATES TO: AUTOMOBILE DEALERSHIP ACTIONS END-PAYOR ACTIONS | : : : : : | |

## STIPULATION AND ORDER REGARDING END-PAYOR AND AUTOMOBILE DEALERSHIP PLAINTIFFS' MOTION TO CONSOLIDATE CLAIMS AND AMEND COMPLAINTS

WHEREAS, End-Payor ("EPPs") and Automobile Dealership Plaintiffs ("ADPs") (collectively, "Plaintiffs") have each filed consolidated amended class action complaints ("CACs") in the above-captioned cases against Defendants[1];

---

[1] "Defendants" collectively refers to the defendants in the above-captioned cases.

1

WHEREAS, per Local Rule 7.1(a)(1), since November 2015 Plaintiffs have invited all Defendants who have been served and appeared in the above-captioned cases to meet and confer concerning Plaintiffs' intention to file a motion to consolidate the claims in those cases and engaged in multiple meet and confers with those Defendants who agreed to meet and confer (certain Defendants declined to meet and confer at this time);

WHEREAS, during the course of said meet-and-confers, Plaintiffs have shared with Defendants a draft of an amended CAC that is substantively similar to the CACs that Plaintiffs will seek leave to file pursuant to the motion, and Defendants have not consented to the filing of such an amended CAC; and

WHEREAS, Plaintiffs will move the Court for an order consolidating EPP and ADP claims in the above-captioned cases against Defendants and seek leave to file a CAC on behalf of EPPs and a CAC on behalf of ADPs alleging claims against Defendants in the above-captioned cases as having engaged in a conspiracy to unlawfully fix and artificially raise the prices of automotive parts sold in the United States and elsewhere.

Defendants and Plaintiffs hereby stipulate to the following briefing schedule for the motion to consolidate claims and amend CACs:

1.      Plaintiffs shall file their Motion to Consolidate Claims and Amend Complaints by December 18, 2015;

2.      Defendants shall file their Oppositions to Plaintiffs' Motion to Consolidate Claims and Amend Complaints by January 25, 2016;

3.      Plaintiffs shall file their Reply in Support of their Motion to Consolidate Claims and Amend Complaints by February 12, 2016;

4.      Plaintiffs and Defendants request that the Court hear oral argument from Plaintiffs and Defendants on the Motion to Consolidate Claims and Amend Complaints as soon thereafter as it may be heard before the Honorable Marianne O. Battani.

**IT IS SO STIPULATED.**

DATED: December 17, 2015

*/s/ Steven N. Williams*
Steven N. Williams
Demetrius X. Lambrinos
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
etran@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa

3

**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

Chanler A. Langham
**SUSMAN GODFREY L.L.P.**
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
clangham@susmangodfrey.com

*Attorneys for Plaintiffs and Interim Co-Lead Class
Counsel for the Proposed End-Payor Plaintiff
Classes*

*/s/ E. Powell Miller*
E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Class Counsel for the Proposed
End-Payor Plaintiff Classes*

DATED: December 17, 2015           */s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel Cohen
Victoria Romanenko
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com

danielc@cuneolaw.com
vicky@cuneolaw.com

Don Barrett
David McMullan
Brian Herrington
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834.2628
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Shawn M. Raiter
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs*

Gerard V. Mantese (Michigan Bar No. P34424)
Alexander E. Blum (Michigan Bar No. P74070)
**MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Telephone: (248) 457-9200 ext. 203
Facsimile: (248) 457-9201
gmantese@manteselaw.com
ablum@manteselaw.com

*Attorneys for Plaintiffs and Interim Liaison Counsel for the Proposed Automobile Dealership Plaintiffs Classes*

5

DATED: December 17, 2015

*/s/  Barry A. Pupkin* (w/consent)
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan Corp. of America, Franklin Precision Industry, Inc., and Hyundam Industrial Co., Ltd.*

*/s/  Jeremy Calsyn (w/consent)*
Jeremy J. Calsyn
Bradley Justus
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Ave., NW
Washington, DC 20006
Tel.: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com
bjustus@cgsh.com

*/s/  Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel.: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants Aisin Seiki Co., Ltd., and Aisin Automotive Casting, LLC*

*/s/  Anita F. Stork* (w/consent)
Anita F. Stork
**COVINGTON & BURLING LLP**
One Front Street
35th Floor

San Francisco, CA 94111
Telephone: (415) 591-6000
Fax: (415) 955-6550
astork@cov.com

*/s/Maureen T. Taylor* (w/consent)
Herbert C. Donovan (P51939)
Maureen T. Taylor (P63547)
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1721
Fax: (248) 971-1801
taylor@bwst-law.com
donovan@bwst-law.com

*Counsel for Alps Automotive, Inc., Alps Electric (North America), Inc., and Alps Electric Co., Ltd.*

*/s/ Steve A. Reiss (w/consent)*
Steven A. Reiss
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

Fred K. Herrmann
Joanne G. Swanson
Matthew L. Powell
**KERR RUSSELL & WEBER PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Tel. (313) 961-0200
Fax (313) 961-0388
fherrmann@kerr-russell.com
jswanson@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendants Calsonic Kansei Corp. and Calsonic Kansei North America, Inc.*

7

*/s/  Ronald M. Mcmillan  (w/consent)*
John J. Ekund (OH 0010895)
Maura L. Hughes (OH 0061929)
Ronald A. McMillan (OH 0072437)
Alexander B. Reich (OH 0084869)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
rmcmillan@calfee.com
areich@calfee.com

*Counsel for Defendant Continental Automotive
Systems, Inc., Continental Automotive Electronics,
LLC and Continental Automotive Korea Ltd.*

*/s/  Steven F. Cherry (w/consent)*
Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND
DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corp., DENSO
International America, Inc., DENSO International
Korea Corp., DENSO Korea Automotive Corp.,
DENSO Products & Services Americas, ASMO Co.,
Ltd., ASMO North America, LLC, ASMO Greenville
of North Carolina, Inc., ASMO Manufacturing, Inc.,
and ASMO North Carolina Inc.*

Steven M. Zarowny
General Counsel
DENSO International America, Inc.

24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International
America, Inc.*

*/s/  Matthew J. Reilly (w/consent)*
Matthew J. Reilly
Abram J. Ellis
**SIMPSON THACHER & BARTLETT LLP**
900 G Street, N.W.
Washington, D.C. 20001
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

George S. Wang
Shannon K. McGovern
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Diamond Electric Mfg.
Co., Ltd. and Diamond Electric Mfg. Corp.*

*/s/  Bruce A. Baird (w/consent)*
Bruce A. Baird
Sarah L. Wilson
Michael J. Fanelli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 778-5383
bbaird@cov.com
swilson@cov.com
mfanelli@cov.com

9

Maureen T. Taylor (P63547)
**BROOKS WILKINS SHARKEY & TURCO PLLC**
401 Old South Woodward, Suite 400
Birmingham, MI 48009
Tel: (248) 971-1721
Fax: (248) 971-1801
Email: taylor@bwst-law.com

*Counsel for Defendants Keihin Corp.[2] and Keihin North America, Inc.*

*/s/  Franklin R. Liss (w/consent)*
Franklin R. Liss
Barbara H. Wootton
Danielle M. Garten
Matthew Tabas
**ARNOLD & PORTER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5969
Fax: (202) 942-5999
frank.liss@aporter.com
barbara.wootton@aporter.com
danielle.garten@aporter.com
matthew.tabas@aporter.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

*/s/  William M. Sullivan Jr. (w/consent)*
William M. Sullivan Jr.

---

[2] Keihin Corp. has moved to dismiss, including for lack of personal jurisdiction. Its motion remains pending. Keihin Corp. does not waive and expressly reserves the right to argue any jurisdictional defense or any other defense.

Michael L. Sibarium
Jeetander T. Dulani
**PILLSBURY WINTHROP SHAW PITTMAN
LLP**
1200 Seventeenth Street, N.W.
Washington, D.C. 20036-3006
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
wsullivan@pillsburylaw.com
michael.sibarium@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Counsel for Mikuni America Corp.*

*/s/  William L. Monts, III (w/consent)*
William L. Monts, III
**HOGAN LOVELLS**
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-6440
Facsimile: (202) 637-5910
william.monts@hoganlovells.com

*Counsel for Mitsubishi Heavy Industries America,
Inc., Mitsubishi Heavy Industries Climate Control,
Inc., and Mitsubishi Heavy Industries, Ltd.*

*/s/  George A. Nicoud (w/consent)*
George A. Nicoud III
Rachel S. Brass
Austin Schwing
Caeli A. Higney
Brandon W. Halter
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel.:  (415) 393-8200
Fax:  (415) 393-8306
TNicoud@gibsondunn.com
RBrass@gibsondunn.com
ASchwing@gibsondunn.com
CHigney@gibsondunn.com
BHalter@gibsondunn.com

11

*Counsel for Defendants Mitsuba Corp. and American Mitsuba Corp.*

*/s/  Terrence J. Truax (w/consent)*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
Jamie J. Janisch
**ZAUSMER, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334-2374
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Counsel for Defendants Mitsubishi Electric Corp., Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

*/s/  Eric P. Enson (w/consent)*
Eric P. Enson
**JONES DAY**
555 S Flower St.
Los Angeles, CA  90071
epenson@jonesday.com

John M. Majoras
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC  20001-2113
jmmajoras@jonesday.com

*Counsel for NGK Spark Plugs (U.S.A.) Holding, Inc., NGK Spark Plugs (USA) Inc., NGK Spark Plugs Co. Ltd., and NTK Technologies, Inc.*

12

*/s/  John Roberti (w/consent)*
John Roberti
Matthew Boucher
**ALLEN & OVERY LLP**
1101 New York Avenue NW
Washington, D.C. 20005
202-683-3800
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
212-610-6360
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
**WARNER NORCROSS & JUDD LLP**
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
248-784-5000
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Defendants Robert Bosch LLC and
Robert Bosch GmbH*

*/s/  Millicent Lundburg (w/consent)*
Millicent Lundburg
J. David Rowe
**DuBOIS, BRYANT & CAMPBELL LLP**
303 Colorado Street, Suite 2300
Austin, TX 78701
mlundburg@dbcllp.com
jrowe@dbcllp.com

*Attorneys for Defendants Sanden International
(U.S.A.) Inc.*

*/s/  Matthew J. Reilly (w/consent)*
Matthew J. Reilly
Abram J. Ellis
David T. Shogren

13

**SIMPSON THACHER & BARTLETT LLP**
900 G Street, N.W.
Washington, D.C. 20001
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com
dshogren@stblaw.com

George S. Wang
Shannon K. McGovern
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, N.Y. 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
gwang@stblaw.com
smcgovern@stblaw.com

*Attorneys for Defendants Stanley Electric Co., Ltd.,
Stanley Electric U.S. Co., Inc., and II Stanley Co.,
Inc.*

*/s/  Sheldon H. Klein (w/consent)*
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika
Co., Ltd.*

*/s/  Brian Byrne (w/consent)*

14

Brian Byrne
Ryan M. Davis
**CLEARY GOTTLIEB STEEN & HAMILTON
LLP**
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 974-1850
Facsimile: (202) 974-1999
bbyrne@cgsh.com
rmdavis@cgsh.com

*/s/  Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Defendants Valeo Japan Co., Ltd.,
Valeo Inc., Valeo Electrical Systems, Inc., and
Valeo Climate Control Corp.*

*/s/  Marguerite M. Sullivan (w/consent)*
Marguerite M. Sullivan
Allyson M. Maltas
Thomas J. Humphrey
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com
thomas.humphrey@lw.com

*/s/  Howard B. Iwrey (w/consent)*
Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0700

Fax: (248) 203-0763
hiwrey@dykema.com
bmoore@dykema.com

*Counsel for Weastec, Inc.*

**IT IS SO ORDERED.**

DATED: December __, 2015

_____
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

16